# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):   Latimer Valentin, Roberto C.

USDC-PR Bar Number:   302408

Email Address:   latimerrc@lbrglaw.com

1.   Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:   DLJ Mortgage Capital, Inc.

   Defendant:   Enrique Manuel Espinosa Nunez

**2.**   Indicate the category to which this case belongs:

   ☒ **Ordinary Civil Case**
   ☐ Social Security
   ☐ Banking
   ☐ Injunction

3.   Indicate the title and number of related cases (if any).

   None.

4.   Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ **No**

5.   Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ **No**

6.   Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ **No**

Date Submitted:   Oct. 18 2019

rev. Dec. 2009

Print Form     Reset Form